

Cite as 2013 Ark. App. 614

# ARKANSAS COURT OF APPEALS

DIVISION II
No. CV-13-487

| | |
|---|---|
| ST. JOHN'S REGIONAL HEALTH CENTER and SISTERS OF MERCY HEALTH<br><br>APPELLANTS<br><br>V.<br><br><br>GREGORY D. BARTLETT<br>APPELLEE | **Opinion Delivered** October 30, 2013<br><br>APPEAL FROM THE ARKANSAS WORKERS' COMPENSATION COMMISSION<br>[NO. G202264]<br><br><br><br>REBRIEFING ORDERED |

**ROBIN F. WYNNE, Judge**

Appellee Gregory D. Bartlett worked for appellants as a paramedic when he injured his right knee on the evening of January 4, 2012. The Commission found that Bartlett had proved that he had sustained a compensable injury and that he was entitled to medical and temporary total-disability benefits; the employer now appeals, arguing that substantial evidence does not support the Commission's decision. We cannot reach the merits of appellants' arguments because we must order rebriefing.

First, the addendum does not include appellee's medical records, which are instead abstracted. Rule 4–2(a)(8) of the Rules of the Arkansas Supreme Court and Court of Appeals requires that the addendum include "any document essential to an understanding of the case and the issues on appeal." We hold that the medical records in a workers' compensation case in which compensability is at issue are essential to an understanding of the case and must be

SLIP OPINION

included in the addendum. In addition, we note that the abstract is not in first person, as required by Rule 4-2(a)(5)(B).

Appellants have fifteen days from the date of this order to file a substituted brief that conforms with our rules. Ark. Sup. Ct. R. 4-2(b)(3). We emphasize that the examples we have noted are not to be taken as an exhaustive list of deficiencies; counsel should carefully review the rules and ensure that no other deficiencies exist.

Rebriefing ordered.

GLOVER and VAUGHT, JJ., agree.

*McAnany, Van Cleave & Phillips, P.C.*, by: *Patricia L. Musick* and *Christopher S. Moberg*, for appellants.

*Tolley & Brooks, P.A.*, by: *Evelyn E. Brooks*, for appellee.